**Joseph J. SCHUSTER et al.**

v.

**Antone S. CRUZ.**

No. 82–108–M.P.

Supreme Court of Rhode Island.

April 1, 1982.

Pucci & Goldin, Samuel A. Olevson, Providence, for plaintiffs-respondents.

Leo D. Covas, Providence, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is granted. The stay entered in this case on March 17, 1982 is continued until further order of this court.